UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFERY S. MARTIN,<br><br>                Plaintiff,<br><br>     v.<br><br>PIERCE COUNTY et al,<br><br>                Defendants. | CASE NO. 3:20-cv-05709-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Parties have submitted a Joint Status Report (Dkt. No. 37), advising the Court that Plaintiff's interlocutory appeal remains pending before the Court of Appeals for the Ninth Circuit and requesting a stay in the current proceedings before this Court pending a ruling on the appeal;

(2) The Court grants the Parties' request and STAYS this case pending resolution of the appeal in the Ninth Circuit case *Martin v. Pierce County*, No. 21-35251;

(3) The Parties are DIRECTED to file a Joint Status Report **within fourteen (14) days** of a ruling from the Ninth Circuit on the pending appeal or **by September 5, 2022**, whichever occurs earlier; and

(4) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 3rd day of March 2022.

                                 s/ Ravi Subramanian
                                 Clerk of the Court

                                 s/ Kadya Peter
                                 Deputy Clerk