Honorable Tana Lin, United States District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JEFFERY S. MARTIN, <br><br> Plaintiff, <br> v. <br><br> PIERCE COUNTY, a Washington political subdivision; PIERCE COUNTY DOE CORRECTION OFFICERS 1-10, in their individual and official capacities; NAPHCARE, INC., an Alabama corporation doing business in the State of Washington; MIGUEL BALDERRAMA, M.D., in his official and individual capacity; JANEL FRENCH LPN, in her official and individual capacity; IRINA HUGHES, in her official and individual capacity; and NAPHCARE DOE EMPLOYEES 1-10, in their individual and official capacities; <br><br> Defendants. | NO.  3:20-cv-05709-TL <br><br> MOTION AND AGREED STIPULATION TO EXTEND CASE SCHEDULE DATES <br><br> NOTED DATE FOR CONSIDERATION: DECEMBER 28, 2022 |

## I.   RELIEF REQUESTED

COMES NOW Plaintiff Jeffery S. Martin, and Defendants Pierce County and NaphCare Inc., by and through their attorneys, and hereby stipulate and agree—pursuant to LCR 16(b)(6) and LCR 37(a)(1)—that depositions of witnesses identified and requested before the discovery cutoff of January 6, 2023, may be conducted after up until February 3, 2023.

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY, EXTEND SCHEDULING ORDER, AND SANCTIONS** - 1

BOYLE MARTIN THOENY, PLLC
100 WEST HARRISON ST, SOUTH TOWER SUITE 420
SEATTLE, WASHINGTON 98119
TELEPHONE: 206.753.0152
FACSIMILE: 206.260.8980

## II.  FACTS

The parties, through their undersigned counsel of record, respectfully submit this stipulated motion seeking modification of the case schedule.  Additional time is needed to conduct witness depositions due to witness scheduling issues.  The parties are cooperating in scheduling depositions, but the process is still ongoing.  This agreement may also assist in narrowing issues by agreement or motion and may potentially assist in resolution of the case.

## III.  CONCLUSION

For the forgoing reasons, the parties jointly ask this Court to grant their motion.


DATED this 28th day of December, 2022.


BOYLE MARTIN THOENY, PLLC


 /s Bardi D. Martin
Bardi Martin, WSBA # 39077
100 West Harrison Street
South Tower Suite 300
Seattle, WA 98119
Tel: 206-217-9400
Email: Bardi@boylemartin.com
Attorney for Plaintiff



FOX BALLARD PLLC



_____
JONATHAN BALLARD, WSBA # 48870


 /s Ross Taylor per email authorization
ROSS C. TAYLOR, WSBA # 48111

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY, EXTEND SCHEDULING ORDER, AND SANCTIONS** - 2

BOYLE MARTIN THOENY, PLLC
100 WEST HARRISON ST, SOUTH TOWER SUITE 420
SEATTLE, WASHINGTON 98119
TELEPHONE: 206.753.0152
FACSIMILE: 206.260.8980

Attorneys for Defendant NaphCare, Inc., Janel French, LPN, and Irina Hughes

MARY E. ROBNETT
Prosecuting Attorney

/s Kerri Jorgensen per email authorization
KERRI ANN JORGENSEN, WSBA # 28310
Pierce County Prosecutor / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA  98402-2160
Ph: 253-798-6312 / Fax: 253-798-6713
kerri.jorgensen@piercecountywa.gov

Pursuant to the Parties' stipulation above, it is SO ORDERED.

Dated this 4th day of January 2023.

_____
Tana Lin
United States District Judge

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY, EXTEND SCHEDULING ORDER, AND SANCTIONS** - 3

BOYLE MARTIN THOENY, PLLC
100 WEST HARRISON ST, SOUTH TOWER SUITE 420
SEATTLE, WASHINGTON 98119
TELEPHONE: 206.753.0152
FACSIMILE: 206.260.8980